DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH N. WOLINER** and **CARMINA WOLINER,**
Appellants,

v.

**1414 NE 26 AVENUE LLC, 475 ROYAL PALM LLC, 475 ROYAL PALM-A LLC, 475 ROYAL PALM-B LLC, 475 ROYAL PALM-C LLC, 475 ROYAL PALM-D LLC, DANIELA DIAZ-PADUA, EDDI HOLDINGS LLLP, EDDI MANAGEMENT LLC, GP6 INTEGRAL SERVICES LLC, GROUP P6 DEVELOPMENT SERVICES LLC, GROUP P6 LLC, GROUP P6 PARTNERSHIP, GROUP P6 SERVICES LLC, GROUP P6-1 LLC, GROUP P6-A LLC, GROUP P6-B LLC, GROUP P6-C LLC, GROUP P6-C REL LLC, GROUP P6-D LLC, GROUP P-V LLC, HERNANDO JOSE DIAZ-CANDIA, IGNACIO DIAZ CANDIA, INTEGRATED ADVISORS LLC, JJ & MF CORP., JOSE JOAQUIN PADUA PINTO, PADUA GROUP LLC, SANCTUARY 5053 LLC, SANCTUARY 5053-A LLC, SANCTUARY 5053-B LLC, SANCTUARY 5053-C LLC,** and **WDA CONSULTING LLP,** f/k/a
WDA Legal LLP, a/k/a WDA Legal,
Appellees.

No. 4D2023-1309

[January 11, 2024]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Broward County; Richard Oftedal, Judge; L.T. Case No. 502019CA014397.

Kenneth N. Woliner, Boca Raton, pro se.

Jonathan O'Boyle of The O'Boyle Law Firm, Deerfield Beach, for appellant Carmina Woliner.

Matthew R. Chait and Devon A. Woolard of Shutts & Bowen LLP, West Palm Beach, and Garrett A. Tozier of Shutts & Bowen LLP, Tampa, for appellees Group P6-B LLC, Daniela Diaz-Padua, Jose Joaquin Padua Pinto, and Ignacio Diaz Candia.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***